RECEIVED

DEC - 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Garduno | Civil Action No. 6:16-cv-01004 |
| versus | Judge Rebecca F. Doherty |
| National Union Fire Ins. Co. of Pitsburgh PA, et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion To Remand filed by Plaintiff, Jose Luis Garduno [Rec. Doc. 12] is **GRANTED** and this action is remanded to the 16th Judicial District Court, Parish of St. Mary.

Signed at Lafayette, Louisiana, on this 1st day of December, 2016.

Rebecca F. Doherty
United States District Judge